IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CLINTON BROOKS JR., | ) | 4:07CV3226 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| NEBRASKA DEPARTMENT OF | ) | |
| MOTOR VEHICLES, and DAVE | ) | |
| BELL, Fraud Investigator, Deputy | ) | |
| State Sheriff, in his personal and | ) | |
| official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a motion for leave to proceed in forma pauperis. (Filing No. 2.) Upon review of Plaintiff's application, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that:

1. Leave to proceed in forma pauperis is provisionally granted, and the complaint shall be filed without payment of fees.

2. The Clerk of the court is directed to set a pro se case management deadline with the following text: November 19, 2007: deadline for completion of initial review. The Clerk of the court is also directed to terminate the pro se first assessment deadline in this matter.

October 23, 2007.    BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge